# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00482-CV

### In re Collier Ranch, LP, A Texas Limited Partnership, and The Related Companies, LP, A New York Limited Partnership

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relators have filed their petition for writ of mandamus and motion for emergency relief. We deny the petition for writ of mandamus and overrule the motion for emergency relief. *See* Tex. R. App. P. 52.8.

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: August 16, 2006